JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| United States of America ; | Jimmie Bell Individually; |
| **County of Residence:** Greene County | **County of Residence:** Greene County |
| | Additional Defendants(s): |
| | Jimmie Bell as Trustee of Second Bell Trust; |
| | Fourth Bell, LLC |

**County Where Claim For Relief Arose:** Greene County

**Plaintiff's Attorney(s):**

Assistant United States Attorney Charles M. Thomas (United States of America)
United States Attorney's Office, Western District of Missouri
400 East Ninth Street, Room 5510
Kansas City, Missouri 64106-2637
**Phone:** (816) 426-4299
**Fax:** (816) 426-3165
**Email:** charles.thomas@usdoj.gov

Trial Attorney Terrence K. Mangan, Jr. (United States of America)
United States Department of Justice, Civil Rights Division, Housing and Civil Enforcement Section
950 Pennsylvania Avenue, NW - 4CON
Washington, DC 20530
**Phone:** (202) 531-5995
**Fax:** (202) 514-1116
**Email:** terrence.mangan2@usdoj.gov

Assistant United States Attorney Wyatt R. Nelson (United States of America)
United States Attorney's Office, Western District of Missouri
901 St. Louis Street, Suite 500
Springfield, Missouri 65806
**Phone:** (417) 831-4406
**Fax:** (417) 831-4511
**Email:** wyatt.nelson@usdoj.gov

**Defendants' Attorney(s):**

Michael A. Stanfield
Stanfield Law LLC
1720 N. Robberson Ave.
Springfield, Missouri 65803
**Phone:** (417) 812-5094
**Email:** mike@stanfieldlawfirm.com

**Basis of Jurisdiction:** 1. U.S. Government Plaintiff

## Citizenship of Principal Parties (Diversity Cases Only)

**Plaintiff:** N/A

**Defendant:** N/A

## Origin: 1. Original Proceeding

**Nature of Suit:** 443 Housing and Accommodations

**Cause of Action:** For injunctive relief and monetary damages and civil penalty pursuant to the Fair Housing Act, 42 USC § 3601, et seq.

## Requested in Complaint

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):**

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ Charles M. Thomas

**Date:** _____

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.